**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARNELL EVANS, | ) Case No. CV 15-3749-JPR |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| JEFFREY BEARD, Secretary, | ) |
| Respondent. | ) |

   Under the Memorandum Opinion and Order Granting Respondent's Motion to Dismiss, Denying Petition, and Dismissing Action With Prejudice,

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 10, 2015

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE